| Information to identify the case: | |
|---|---|
| Debtor 1 | **David Wendell Hammock** <br> First Name  Middle Name  Last Name |
| Debtor 2 <br> (Spouse, if filing) | **Katherine Elaine Hammock** <br> First Name  Middle Name  Last Name |
| United States Bankruptcy Court | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number: | **3:22−bk−01166** |
| Chapter filing under: Chapter 13 | |

## Order Approving Payment of Filing Fee in Installments

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A), the court grants the payment of the filing fee in this Chapter 13 case, unless otherwise provided for below:

The Chapter 13 Trustee shall make the installment fee payments for the debtor(s) pursuant to the Order Confirming Chapter 13 Plan for Debtor(s) and Addressing Any Related Motions. The debtor(s) should not make the installment payment since the Chapter 13 Trustee is submitting those payments to the Clerk. Should confirmation of the plan exceed the 120 day period for submission of the last filing fee installment payment then pursuant to Fed. R. Bankr. P. 1006(b)(2), the court finds cause and extends the period for making the last installment payment to 180 days from the filing of the petition. In no event should a second application to consider the payment of filing fees in installments be filed if the last installment exceeds the 180 days permitted in the Fed. R. Bankr. P. 1006.

Until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

The payment of the filing fee by the Chapter 13 Trustee does not eliminate the obligation of the debtor(s) to confirm that the filing fee has been paid in full.

$313.00    TOTAL FILING FEE DUE IN A CHAPTER 13 CASE

4/12/22    **By the court:** Charles M Walker <br> United States Bankruptcy Judge